# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

TORRENCE McGAULEY

**THE DEFENDANT:**

JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)

CASE NUMBER: 3:02-cr-144-J-20TEM
USM NUMBER: 07793-068

Defendant's Attorney: Maurice C. Grant II

__X__ admitted guilt to violation of charge number(s) __One through Three__ of the term of supervision.
_____ was found in violation of charge number(s) _____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New criminal conduct, possession, purchase for sale narcotic and/or controlled substances; conspiracy to commit a crime involving controlled substances; and transportation/sell of controlled substances, while on supervision. | May 2008 |
| Two | Travel outside the district without permission. | May 2008 |
| Three | Association with a person convicted of a felony. | May 2008 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s) _____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: July 16, 2009

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

DATE: July 16, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of thirty-six (36) months which shall run consecutively with the defendant's term(s) of imprisonment already imposed or yet to be imposed in any future sentence in the Superior Court of Beverly Hills, California. Upon service of the sentence herein, the Defendant shall be discharged from further jurisdiction of the Court in this case.

_____ The Court makes the following recommendations to the Bureau of Prisons: after release from state custody, recommend Farrington, NJ

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

    ____ at _____ a.m.  p.m. on _____.

    ____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ____ before 2 p.m. on _____.

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL